# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GILMA B. RUIZ-HERNANDEZ,

    *Petitioner*,

vs.

JEH JOHNSON, *et al.*,

    *Respondents*.

2:15-cv-00818-RFB-CWH

ORDER

Petitioner, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF #1). Petitioner has paid the filing fee for this action, and this court has conducted a preliminary review of the petition.

**IT IS THEREFORE ORDERED** that the Clerk of the Court **SHALL SERVE** the petition (ECF #1), along with this order, upon respondents as follows:

1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition (ECF #1) and this order on the United States Attorney for the District of Nevada or an Assistant United States Attorney or a clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition (ECF #1) and this order by registered or certified mail to the following: (1) Loretta E. Lynch, U.S. Attorney General, 950 Pennsylvania Avenue, Washington DC 20530; (2) Jeh Johnson, Secretary, U.S. Department of Homeland Security, Washington, D.C. 20528; (3) Thomas Feely, Field Office Director, Office of Detention and Removal Operations, ICE, 2975 Decker Lake Drive, Ste. 100, W. Valley City, UT 84119-6096; (4) Patrick E. Moers, Police Chief, Henderson Detention Center, P.O. Box 95050, Henderson, NV 89015; (5) Joseph Lombardo, LVMPD

Sheriff, 400 S. Martin Luther King Blvd., Las Vegas, NV 89106.

**IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** an answer or other response to the petition (ECF #1) within **sixty (60) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner **SHALL FILE AND SERVE** a reply to respondents' answer or response to the petition within **thirty (30) days** of the date that petitioner is served with the same.

**IT IS FURTHER ORDERED** that all exhibits filed by respondents and petitioner herein **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibits **SHALL BE FORWARDED** on the date of filing to the staff attorneys, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

Dated this 6th day of August, 2015

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE