UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GILMA B. RUIZ-HERNANDEZ, | Case No. 2:15-cv-00818-RFB-CWH |
| Plaintiff, | ORDER |
| v. | |
| JEB JOHNSON, et al., | |
| Defendants. | |

This counseled § 2241 immigration habeas matter comes before the court on petitioner Ruiz-Hernandez's motion for leave to amend the petition to add a custodial defendant (ECF No. 25). The Federal respondents filed their non-opposition (ECF No. 26). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for leave to amend the petition to add a custodial defendant (ECF No. 25) is **GRANTED**. Within **ten (10) days** of the date of this order, counsel for petitioner shall file and serve the amended petition

DATED: 9 December 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1