UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GILMA B. RUIZ-HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br>JEB JOHNSON, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-00818-RFB-CWH<br><br>ORDER |

This counseled § 2241 immigration habeas matter comes before the court on the federal respondents' unopposed motion for extension of time to respond to the amended petition (ECF No. 31). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to respond to the amended petition (ECF No. 31) is **GRANTED**. Within **thirty (30) days** of the date of this order, respondents shall file their response to the amended petition.

**IT IS FURTHER ORDERED** that federal respondents' motion to dismiss the petition (ECF No. 21) is **DENIED** without prejudice.

DATED: 12 January 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1