1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                             DISTRICT OF NEVADA
8                                   * * *
9    GILMA B. RUIZ-HERNANDEZ,              Case No. 2:15-cv-00818-RFB-CWH
10                  Plaintiff,                         ORDER
           v.
11   JEB JOHNSON, et al.,
12                  Defendants.
13

14          This counseled § 2241 immigration habeas matter comes before the court on

15   petitioner Gilma B. Ruiz-Hernandez's motion for voluntary dismissal of her petition on

16   the basis that she was recently granted bond by the immigration court (ECF No. 38; *see

17   also* ECF No. 37, notice of bond hearing).  Good cause appearing,

18          **IT IS ORDERED** that petitioner's motion for voluntary dismissal of the petition

19   (ECF No. 38) is **GRANTED**.

20          **IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF No. 34) is

21   **DENIED** as moot.

22          **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and

23   close this case.

24

25          DATED: April 7, 2016.

26

27
                                         _____
28                                        RICHARD F. BOULWARE, II
                                          UNITED STATES DISTRICT JUDGE

                                            1